UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

TRACEY L. GILE,                )
                               )
    Plaintiff,             )
                               )
v.                             )   Case No. 5:09-CV-115
                               )
J.C. PENNEY CORPORATION, INC., )
                               )
    Defendant.             )

## ORDER
### GRANTING IN PART AND DENYING IN PART
### PLAINTIFF'S MOTION FOR SANCTIONS

On March 25, 2010, the court held a hearing on Plaintiff's motion for sanctions. (Doc. 38.) For the reasons stated on the record during the hearing, the court granted in part and denied in part the motion. *See Negron v. Woodhull Hosp.*, 173 F. App'x 77, 79, 2006 WL 759806 (2d Cir. Mar. 23, 2006); Local Rule 16.1(g), (i). The Plaintiff subsequently filed an affidavit setting forth counsel fees and expenses related to filing the sanctions motion, as well as a proposed Order. (Doc. 63.) The Defendant submitted a request for certain revisions to the proposed Order. (Doc. 64.)

Having considered the submissions by Plaintiff and Defendant, and based upon the findings of fact and conclusions of law on the record, the court hereby ORDERS the Defendant to pay sanctions in the amount of $3,962.92, computed as follows:

| | |
|---|---|
| Plaintiff's counsel's fees and expenses | $2,905.50 |
| Mileage | $ 101.92 |
| One-half of Evaluator's fee | $ 955.50 |

SO ORDERED.

Dated at Burlington, Vermont this 15th day of April, 2010.

_____
Christina Reiss
United States District Court Judge